UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARIO PALACIOS AND MARIA
PALACIOS,

        Plaintiff,        Case No. 13-14845

v.        Hon. John Corbett O'Meara
        Mag. Judge R. Steven Whalen

UNITED STATES OF AMERICA,

        Defendant.

### Stipulation and Order of Dismissal With Prejudice

The parties having entered into a settlement agreement, and pursuant to the agreement of the parties,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| WILLIAM S. STERN, PC | BARBARA L. McQUADE<br>UNITED STATES ATTORNEY |
| s/William S. Stern (with permission)<br>WILLIAM S. STERN<br>Attorneys for Plaintiffs<br>24750 Lahser Road<br>Southfield, MI 48033<br>Phone: (248) 353-9400<br>bstern1213@yahoo.com | s/Andrew J. Lievense<br>ANDREW J. LIEVENSE<br>Assistant U.S. Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226-3211<br>Phone: (313) 226-9665<br>andrew.lievense@usdoj.gov |

SO ORDERED.

Date: April 24, 2015        s/John Corbett O'Meara
        United States District Judge